FILED
2026 Sep-30 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SIMARA SINGLETON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 7:25-cv-02222-ACA-JHE |
| | ) | |
| WARDEN BORDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION**

On August 17, 2026, the magistrate judge entered a report and recommendation (doc. 9), recommending that the petition for writ of habeas corpus be dismissed without prejudice. No objections have been filed and the deadline has passed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and accepted.

Accordingly, the court hereby adopts and accepts the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The court **DISMISSES WITHOUT PREJUDICE** the petition for writ of habeas corpus. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this September 30, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE