FILED
2026 Sep-30 PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| SIMARA SINGLETON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 7:25-cv-02222-ACA-JHE |
| | ) | |
| WARDEN BORDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **DISMISSES WITHOUT PREJUDICE** the petition for writ of habeas corpus.

Costs are taxed as paid.

**DONE** and **ORDERED** this September 30, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE